MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                            )<br>                                                            )<br>            vs.                                        )<br>                                                            )<br> DANIELLE FAHOUM,                     )<br>                                                            )<br>            Defendant.                        )<br>_____) | NO.  CR05-5903<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to May 15, 2006.  The resulting period of delay from April 17, 2006, to May 15, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this __14th____ day of April, 2006.


    */s/ J. Kelley Arnold*_____
    J. KELLEY ARNOLD
    UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/_____    /s/_____
Colin A. Fieman                                              Barbara Sievers

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                           1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1 | Attorney for Defendant                    Assistant United States Attorney

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**